EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  4532
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Ron.Johnson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>    vs.     )<br>            )<br> PASESA LEVI WILLIAMS,    )<br>            )<br>        Defendant. )<br>_____) | CR. NO. 04-00297 DAE<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant PASESA LEVI WILLIAMS on the ground that the defendant died while in custody pending sentencing.

The defendant is not in custody on the dismissed charge(s) listed above.

DATED: Honolulu, Hawaii, January 11, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By *(signature)*
RONALD G. JOHNSON
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

United States v. Pasesa Levi Williams
Cr. No. 04-00297 DAE
Order for Dismissal

2